# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 03-00189SOM |
| CASE NAME: | USA vs. (01) Robert Cullen |
| ATTYS FOR PLA: | Clare Connors |
| ATTYS FOR DEFT: | 01 Dana Ishibashi |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 6/18/2007 | TIME: | 2:15 - 2:40 |

COURT ACTION:  EP: Motion for Reduction of Sentence -

Defendant (01) Robert Cullen not present, and his presence is waived for purposes of this hearing.

Defendant's letter requesting time served read to the Court.

Discussion held.

Motion for Reduction of Sentence - continued to 6/25/07 @ 3:45 p.m.

Parties to meet, and contact BOP and Probation, to explore options.

Parties may submit a brief if they can reach an agreement, and waive the continued hearing.

Submitted by: Toni Fujinaga, Courtroom Manager.