# MINUTES

CASE NUMBER:     CR 03-00189SOM

CASE NAME:       USA vs. (01) Robert Cullen

ATTYS FOR PLA:   Clare Connors

ATTYS FOR DEFT:  01 Dana Ishibashi

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 11/13/2007 | TIME: | 2:20 - 2:25 |

COURT ACTION: EP: Continued Hearing on Motion for Reduction of Sentence -

Defendant (01) Robert Cullen present.

Discussion held re: status of the defendant.

Motion for Reduction of Sentence - Granted.

Sentence is reduced to Time Served, and defendant to begin his period of supervised release.

Government to prepare the order, and no amended judgment will be prepared.

CRM to give a copy of minutes to defense counsel.

Defendant to check in with USPO.

Submitted by: Toni Fujinaga, Courtroom Manager.